# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Niche Knight, | : | |
| Petitioner | : | |
| | : | |
| v. | : | No. 1752 C.D. 2015 |
| | : | |
| Workers' Compensation Appeal | : | |
| Board (Commonwealth of | : | |
| Pennsylvania, Norristown State | : | |
| Hospital), | : | |
| Respondent | : | |

# **O R D E R**

NOW, July 8, 2016, upon consideration of petitioner's application for reargument en banc and respondent's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge